IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Providence St. Joseph Health, et al., v. Actavis Holdco U.S., Inc., et al.* | Civil Action No. 23-cv-3636 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF MELISSA A. MEISTER

TO THE HONORABLE CLERK OF THE COURT:

Pursuant to Local Rule 5.1(c), kindly withdraw the appearance of Melissa A. Meister, formerly of BRS LLP, as counsel for Hospital and Pharmacy Direct Action Plaintiffs in the above-captioned matter and remove Ms. Meister from all electronic filing notices in this matter. Other attorneys from BRS LLP remain as counsel of record for Plaintiffs with no changes.

Dated: April 18, 2024                                        Respectfully submitted,


By: */s/ Cindy Reichline*

Cindy Reichline
**BRS LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, California 90067
Phone: (310) 295-9524
creichline@brsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I caused the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF MELISSA A. MEISTER** to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

By: */s/ Cindy Reichline*

Cindy Reichline
**BRS LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, California 90067
Phone:  (310) 295-9524
creichline@brsllp.com