**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*Providence St. Joseph Health, et al., v. Actavis Holdco U.S., Inc., et al.* | Civil Action Nos.<br>5:23-cv-03636-CMR |

**HOSPITAL AND PHARMACY DIRECT ACTION PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 22, 2026 ORDER**

Hospital and Pharmacy Direct Action Plaintiffs ("Hospital DAPs") respectfully move for reconsideration of the Court's January 22, 2026 Order (MDL 2724, ECF No. 3970) dismissing Hospital DAPs' claims for monetary relief under the Georgia Uniform Deceptive Trade Practices Act ("GUDTPA").

On May 5, 2025, Defendants moved to dismiss certain state statutory claims brought by Indirect-Reseller Plaintiffs, End-Payer Plaintiffs, and certain Direct-Action Plaintiffs, including Hospital DAPs ("Defendants' Motion").[1] As relevant to Hospital DAPs, Defendants' Motion challenged claims brought under GUDTPA (Case No. 5:23-cv-03636, ECF No. 259-2).

On June 20, 2025, the implicated Plaintiffs jointly filed an Opposition to Defendants' Motion ("Consolidated Opposition").[2] In the Consolidated Opposition, the responding Plaintiffs conceded dismissal of claims brought under GUDTPA, but only to the extent the claims sought monetary relief. In addition to the Consolidated Opposition, however, Hospital DAPs filed a

[1] Defendants' Motion was filed across a total of 17 different dockets, including on the docket for Hospital DAPs' action (Case No. 5:23-cv-03636, ECF No. 259).
[2] The Consolidated Opposition was likewise filed across all dockets, including on the docket for Hospital DAPs' action (Case No. 5:23-cv-03636, ECF No. 310).

Supplemental Response to Defendants' Motion ("Supplemental Response"), seeking leave to amend their complaint to file a curative amendment as to their specific Georgia state law claims (Case No. 5:23-cv-03636, ECF No. 311). Hospital DAPs' Supplemental Response is included as **Exhibit A**.

On January 22, 2026, the Court issued an Order granting Defendants' Motion as to *all* of responding Plaintiffs' GUDTPA claims, including Hospital DAPs (MDL 2724, ECF No. 3970). The Court's Order acknowledged the responding Plaintiffs' concession that these claims should be dismissed but did not address Hospital DAPs' Supplemental Response seeking leave to amend.

Hospital DAPs move for reconsideration of the Court's Order only as to the consideration of Hospital DAPs' Supplemental Response and accompanying request for leave to amend. In the Third Circuit, a judgment may be altered or amended if the party seeking reconsideration shows "at least one of the following grounds: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court granted the motion []; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Max's Seafood Cafe ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).

Here, Hospital DAPs seek reconsideration of the Court's Order to permit consideration of Hospital DAPs' Supplemental Response and accompanying request for leave to amend, which was filed contemporaneously with the Consolidated Opposition. In view of the volume of filings submitted at that time (and the multiple dockets involved), reconsideration is appropriate to ensure the Court's review of the complete record, including the additional arguments and specific relief set forth in the Supplemental Response, and to avoid any resulting prejudice.

For the foregoing reasons, Hospital DAPs respectfully request that the Court grant the instant motion for reconsideration and consider their Supplemental Response and request to file a curative amendment.

Dated: March 31, 2026

Respectfully submitted,

By: *<u>/s/Cindy Reichline</u>*

Cindy Reichline
Keith Butler
Shira Liu
Fiona Tang
Taylor Keating
Ryan Roth
**BRS LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (310) 295-9524
creichline@brsllp.com
kbutler@brsllp.com
sliu@brsllp.com
ftang@ brsllp.com
tkeating@brsllp.com
rroth@ brsllp.com

*Counsel for Hospital and Pharmacy Direct Action Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I caused the foregoing Hospital and Pharmacy Direct Action Plaintiffs' Motion For Reconsideration Of The Court's January 22, 2026 Order to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

Dated: March 31, 2026

Respectfully,

By: */s/Cindy Reichline*
Cindy Reichline
Keith Butler
Shira Liu
Fiona Tang
Taylor Keating
Ryan Roth
**BRS LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (310) 295-9524
creichline@brsllp.com
kbutler@brsllp.com
sliu@brsllp.com
ftang@ brsllp.com
tkeating@brsllp.com
rroth@ brsllp.com

*Counsel for Hospital and Pharmacy Direct Action Plaintiffs*