**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*Providence St. Joseph Health, et al. v. Actavis Holdco US, Inc., et al.* | HON. CYNTHIA M. RUFE<br>5:23-CV-3636 |

**DEFENDANTS' OBJECTION TO SPECIAL MASTER STENGEL'S REPORT AND RECOMMENDATION RESOLVING DEFENDANTS' SECOND MOTION TO COMPEL HOSPITALS**[1]

Defendants submit this narrow Objection ("Objection") to Special Master Stengel's Report and Recommendation Resolving Defendants' Second Motion to Compel Hospitals ("R&R") (MDL ECF No. 4962; *Providence* ECF No. 445), which Defendants do not believe will be controversial.[2] Defendants seek one modification to the proposed order to ensure that each Plaintiff Hospital is required to search for and produce responsive documents spanning the entire relevant time period.

Defendants file this Objection solely with respect to the requirement that each Plaintiff Hospital search for and produce responsive documents from "one key custodian" for RFPs 2, 3, 6

[1] By submitting this Objection, Defendants neither waive nor abandon—and hereby expressly and fully preserve—all claims, rights, and arguments arising out of or relating to Special Master Stengel's potential conflict of interest. While that concern was initially raised by some Defendants in connection with the *Humana I* case, Defendants' concern is not confined to that proceeding and extends equally to the entire MDL. Defendants reserve all rights accordingly to object to the Report and Recommendation in totality once the outcome of the potential conflict of interest is determined.

[2] Following the issuance of the R&R, Defendants met and conferred with Plaintiff Hospitals to seek to resolve Defendants' concern with the phrase "one key custodian" to avoid burdening the Court with additional briefing. Plaintiff Hospitals refused to agree that each Plaintiff Hospital would name custodians sufficient to cover the entire relevant time period.

and 7 (Proposed Order, MDL ECF No. 4962–1 at 1; *Providence* ECF No. 445–1 at 1) and "one key custodian" for RFPs 8, 9, 10 and 11 (*id.* at 2). Defendants do not object to each Plaintiff Hospital designating two key custodians if the individuals cover the entire relevant time period. However, if any Plaintiff Hospital's designated custodians were not employed in a relevant position for any portion of the relevant time period, then Defendants request that the Plaintiff Hospital be required to identify additional custodians so that documents responsive to Defendants' requests can be located for the entire relevant time period. Plaintiff Hospitals themselves admit that they have suffered "personnel turnover" and organization changes over the relevant time period, both of which support Defendants' proposed modification.[3]

"The selection of custodians 'must be designed to respond fully to document requests and to produce responsive, nonduplicative documents during the relevant time period.'" *BCBSM, Inc. v. Walgreen Co*., No. 20 C 1853, 2025 WL 3140691, at *5 (N.D. Ill. Nov. 10, 2025) (quoting *Kleen Products LLC v. Packaging Corp. of Am.*, No. 10 C 5711, 2012 WL 4498465, at *15 (N.D. Ill. Sept. 28, 2012)). Where a party fails to select a custodian who was employed during the entirety of a relevant time period, that party is required to select one or more additional custodians who were employed during the portion of time not covered by another custodian. *See In re Exactech Polyethylene Orthopedic Products Liability Litigation*, 347 F.R.D. 572, 588 (E.D.N.Y. 2024) (ordering additional custodian where no "evidence of any other custodian with" relevant experience during time period existed). A party cannot exclude portions of the relevant time period from custodial searches because "such a gap in access to and production of custodial documents

[3] *See* Hospital Direct Action Pls.' Corrected Opp'n to Defs.' Second Mot. to Compel Pl. Hospitals, MDL ECF No. 4683 at 10; *Providence* ECF No. 424 at 10 ("Hospital DAPs are major integrated health systems whose procurement functions span many facilities and decades of personnel turnover, and searching that infrastructure would impose an extraordinary custodial burden Defendants have tied to no genuine need."); Hospital DAPs' Objs. & Mot. for Reconsideration of Order Adopting Special Master Stengel's Report & Recommendation, MDL ECF No. 4874 at 12; *Providence* ECF No. 441 at 12 ("many of [Hospital Plaintiffs] which have a history of acquisitions over the relevant time period").

would be unduly prejudicial…." *See In re Broiler Chicken Antitrust Litig.*, No. 16 C 8637, 2018 WL 3586183, at *8 (N.D. Ill. July 26, 2018) (denying request to exclude portion of relevant time period from custodial searches).

Where a discovery period is years' long, "it is highly likely that employees with significant relevant knowledge joined or left the company or changed roles, so a large number of custodians is appropriate to cover the time period in question." *Fed. Trade Comm'n v. Uber Techs., Inc.*, 351 F.R.D. 150, 153 (N.D. Cal. 2026) (ordering additional custodians to cover five-year discovery period). In this case, Plaintiff Hospitals claim that the allegedly conspiratorial acts by some Defendants started in 2009. (Supp. and First Am. Complaint, *Providence* ECF No. 215 at ¶¶ 2, 3.) Because Plaintiff Hospitals are required to search for and produce custodial discovery for at least seven years,[4] it is appropriate to order Plaintiff Hospitals to designate custodians so that responsive documents spanning the entire relevant time period can be located and produced. *Fed. Trade Comm'n v. Uber*, 351 F.R.D. at 153.

Defendants submit, as Exhibit A, a modified proposed order to clarify and ensure that each Plaintiff Hospital will name custodians whose combined employment in relevant positions spans the entire relevant time period.

## <u>CONCLUSION</u>

For the foregoing reasons, Defendants request that the Court adopt the attached proposed order with the only modification being that each Plaintiff Hospital be required to name custodians whose combined relevant employment cover the entire relevant time period.

[4] *See* Special Discovery Master Merenstein's April 3, 2019 Letter at 2 (defining relevant time period for custodial discovery as "[o]ne year before the earlier of (i) the first complained-of price increase involving any drug…in a drug-specific price-fixing conspiracy, or (ii) the first communication or other alleged activity in furtherance of the overarching conspiracy alleged in any complaint in the MDL….").

Date: September 10, 2026

Respectfully submitted,

/s/ Benjamin H. Diessel
Benjamin H. Diessel
Ariela C. Anhalt
Emmett Gilles
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
bdiessel@wiggin.com
aanhalt@wiggin.com
egilles@wiggin.com

Nathan E. Denning
Gabriella E. Bensur
Chloe S. Booth
**WIGGIN AND DANA LLP**
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel: (212) 551-2600
Fax: (212) 551-2888
ndenning@wiggin.com
gbensur@wiggin.com
cbooth@wiggin.com

Christopher Bailes
**WIGGIN AND DANA LLP**
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Tel: (215) 998-8318
Fax: (215) 988-8384
cbailes@wiggin.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

/s/ Robin D. Adelstein
Robin D. Adelstein
Mark A. Robertson
Kimberly Fetsick
Abigail Schwarz
Dewey J. Gonsoulin III
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com
kimberly.fetsick@nortonrosefulbright.com
abigail.schwarz@nortonrosefulbright.com
dewey.gonsoulin@nortonrosefulbright.com

Mark Angland
**NORTON ROSE FULBRIGHT US LLP**
779 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.angland@nortonrosefulbright.com

Alex Cummings
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
alex.cummings@nortonrosefulbright.com

*Counsel for Defendants Bausch Health Americas, Inc., and Bausch Health US, LLC*

*/s/ Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

/s/ *Stephan Matanovic*
Stephan Matanovic (Pa. No. 83459)
**Bailey Duquette P.C.**
57 N. 2nd Street, 2nd Floor
Philadelphia, PA 19106
215.660.7600
stephan@baileyduquette.com

James Bailey
**Bailey Duquette P.C.**
104 Charlton St., 1W
New York, NY 10014
Tel: (212) 658-1946
james@baileyduquette.com

Darrell Prescott
**Darrell Prescott Law Office P.C.**
104 Charlton Street, 1-W
New York, NY
Tel: (917) 510-3165
dp@darrellprescott.com

*Counsel for Defendant G&W Laboratories, Inc.*

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
Seth Davis
**KASOWITZ LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc.*; *and Teva Pharmaceuticals USA, Inc.*

*/s/ Donald W. Hawthorne*
Donald W. Hawthorne
**CARTER, LEDYARD & MILBURN LLP**
28 Liberty St., 41st Floor
New York, NY 10005
Tel: 212-238-8689
dhawthorne@clm.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

*/s/ Brian J. Smith*
Brian J. Smith*
Jordanne M. Steiner
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (302) 502-8417
brian.smith@wsgr.com
jsteiner@wsgr.com
**Admitted only in Illinois & Maine*

Angela L. Brown
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
angela.brown@wsgr.com

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Steven E. Bizar*
Steven E. Bizar
Agnese Whitt
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
steven.bizar@dechert.com
agnese.whitt@dechert.com

*Counsel for Defendant Citron Pharma, LLC*

*/s/ Meg Slachetka*
Meg Slachetka
Leiv Blad
**COMPETITION LAW PARTNERS**
601 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 742-4300
leiv@competitionlawpartners.com
meg@competitionlawpartners.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

*/s/ Adam C. Hemlock*
Adam C. Hemlock
**WEIL GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Adam.Hemlock@weil.com

*Counsel for Defendant Torrent Pharma Inc.*

*/s/ Peter G. Siachos*
Peter G. Siachos (Pa. No. 318250)
**GORDON REES SCULLY MANSUKHANI LLP**
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-2505
psiachos@grsm.com

Clair E. Wischusen
**GORDON REES SCULLY MANSUKHANI LLP**
Three Logan Square
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (703) 650-7030
cwischusen@grsm.com

*Counsel for Defendant Epic Pharma, LLC*

*s/ John W. Eichlin*
John W. Eichlin
**LINKLATERS LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 903-9231
Fax: (212) 903-9100
john.eichlin@linklaters.com

Douglas M. Tween
**LAW OFFICES OF DOUGLAS M. TWEEN, P.C.**
114 Mercer Street, Suite 5
New York, NY 10012
Tel: (646) 420-9011
doug@tweenlaw.com

*Attorneys for Defendant Strides Pharma, Inc.*

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Y. Frank Ren
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
frank.ren@morganlewis.com

Stephen D. LaBrecque
**MORGAN, LEWIS & BOCKIUS LLP**
1 Federal Street
Boston, MA 02110
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701
stephen.labrecque@morganlewis.com

Harvey Bartle IV
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendants Perrigo New York, Inc., and Padagis US LLC*

*/s/ Leonard A. Gail*
Leonard A. Gail
Bruce W. Doughty
Brigid M. Carmichael
**MASSEY & GAIL LLP**
50 E. Washington Street, Suite 400
Chicago, IL 60601
Tel: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com
bdoughty@masseygail.com
bcarmichael@masseygail.com

*Counsel for Defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Generics, Inc., USA*

*/s/ Devora W. Allon, P.C.*
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

*/s/ John M. Taladay*
John M. Taladay
Christopher P. Wilson
Edward W. Duffy
JoAnna B. Adkisson
Michael A. Munoz
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
ed.duffy@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Matthew M. Hilderbrand
**BAKER BOTTS LLP**
401 South 1st Street
Suite 1300
Austin, TX 78704
Tel: (512) 322-2500
Fax: (512) 322-3613
matthew.hilderbrand@bakerbotts.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc., and Taro Pharmaceuticals U.S.A., Inc.*

*/s/ Robin P. Sumner*
Robin P. Sumner
Michael J. Hartman
Melissa O'Donnell
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals LLC; Hikma Labs, Inc.; Hikma Pharmaceuticals USA, Inc.; Impax Laboratories, LLC; West-Ward Columbus Inc.; and West-Ward Pharmaceuticals Corp.*

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman
Forrest Lovett
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

D. Brett Kohlhofer
Christie Boyden
**DECHERT LLP**
1900 K Street NW
Washington, D.C.
Tel: (202) 261-3300
Fax: (202) 261-3333
d.brett.kohlhofer@dechert.com
christie.boyden@dechert.com

*Attorneys for Defendant Lannett Company, Inc.*

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
Whitney Cloud
Ben C. Fabens-Lassen
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
ilana.eisenstein@dlapiper.com
whitney.cloud@dlapiper.com
ben.fabens-lassen@dlapiper.com

*Counsel for Defendants Pfizer Inc. and Greenstone LLC*

*/s/ Daniel C. Fleming*
Daniel C. Fleming
Taylor Allyn
**WONG FLEMING P.C.**
400 Alexander Park Drive,
Suite 201
Princeton, NJ 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
tallyn@wongfleming.com

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

*/s/ Heather P. Lamberg*
Heather P. Lamberg
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, D.C. 20005
Tel: (202) 777-4500
heather.lamberg@freshfields.com

*Counsel for Defendant Camber Pharmaceuticals, Inc.*

*/s/ Matthew J. Tharney*
Matthew J. Tharney
**SATTIRAJU & THARNEY, LLP**
1 Penn Plaza, Unit 5315
New York, NY 10119
Tel: (609) 722-7023
mtharney@s-tlawfirm.com

*Counsel for Defendants Heritage Pharmaceuticals, Inc.; Emcure Pharmaceuticals Ltd.; and Satish Mehta*

*/s/ Robert E. Connolly*
Robert E. Connolly
**Law Office of Robert E. Connolly**
1735 Market Street
Suite A, PMB 469
Philadelphia, Pa. 19103
Tel: (215) 219-4418
bob@reconnollylaw.com

*Counsel for Defendant James Grauso*

*/s/ S. Rebecca Brodey*
S. Rebecca Brodey
**BOURELLY, GEORGE and BRODEY**
1050 30th Street NW
Washington, D.C. 20007
Tel: (310) 500-6217
rebecca.brodey@bgblawyers.com

*Counsel for Defendant James Nesta*

*/s/ Jeffrey C. Bank*
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
jbank@wsgr.com

Michael Sommer
**WILSON SONSINI GOODRICH & ROSATI**
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
msommer@wsgr.com

*Counsel for Defendants Mylan Inc., Mylan Pharmaceuticals, Inc., and Viatris, Inc.*

*/s/ Terri A. Pawelski*
Terri A. Pawelski
**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
1735 Market St., 20th Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 772-7284
tpawelski@mmwr.com

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*

*/s/ Amy B. Carver*
Amy B. Carver
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
abcarver@welshrecker.com

*Counsel for Tracy Sullivan DiValerio*

*/s/ G. Robert Gage, Jr.*
G. Robert Gage, Jr.
**GAGE SPENCER & FLEMING LLP**
410 Park Avenue
New York, NY 10022
Tel: (212) 768-4900
grgage@gagespencer.com

Fabien M. Thayamballi
**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: (212)-257-4891
fthayamballi@shapiroarato.com

*Counsel for Defendant Ara Aprahamian*

*/s/ Robert E. Welsh, Jr.*
Robert E. Welsh, Jr.
Richard D. Walk, III
**WELSH AND RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
Fax: (985) 617-1021
rewelsh@welshrecker.com
rwalk@welshrecker.com

*Counsel for Defendant Kevin Green*

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
555 12th Street NW
Suite 1100
Washington, DC 20004
Tel: (202) 434-7448
mnlipkowitz@mintz.com

*Counsel for Defendant Mitchell S. Blashinsky*

*/s/ Charles S. Leeper*
Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street, NW, Suite 1100
Washington, DC 20005
Tel: 202-842-8800
Fax: 202-842-8465
charles.leeper@faegredrinker.com
kenneth.vorrasi@faegredrinker.com
alison.agnew@faegredrinker.com

*Counsel for Defendant John Wesolowski*

*/s/ David Schertler*
David Schertler
Lisa Schertler
Tara Tighe
**SCHERTLER ONORATO MEAD & SEARS, LLP**
555 13th Street NW, Suite 500 West
Washington, DC 20004
Tel: (202) 628-4199
Fax: (202) 628-4177
dschertler@schertlerlaw.com
lschertler@schertlerlaw.com
ttighe@schertlerlaw.com

*Counsel for Defendant Konstantin Ostaficiuk*

*/s/ James A. Backstrom*
James A. Backstrom
**JAMES A. BACKSTROM, COUNSELLOR AT LAW**
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*

*/s/ Erica Weisgerber*
Erica Weisgerber
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
eweisgerber@debevoise.com

Edward D. Hassi
Leah Martin
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Hector Armando Kellum*

*/s/ Meg Slachetka*
Meg Slachetka
Leiv Blad
**COMPETITION LAW PARTNERS**
601 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant David Berthold*

*/s/ Jeffrey D. Smith*
Jeffrey D. Smith
Alice M. Bergen
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Road
Paramus, New Jersey 07652
Tel: (201) 907-5228
jsmith@decotiislaw.com
abergen@decotiislaw.com

*Counsel for Defendant Robin Hatosy*

*/s/ Calli Padilla*
Stephen A.Miller
Calli Jo Padilla
**COZEN O'CONNOR P.C.**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-6938 (phone)
samiller@cozen.com
cpadilla@cozen.com

*Attorneys for Defendant Richard Rogerson*

*/s/ Michael G. Considine*
Michael G. Considine
Laura E. Miller
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
considine@sewkis.com
millerl@sewkis.com

*Counsel for Defendant Jill Nailor*

*/s/ Adam S. Lurie*
Adam S. Lurie
**LINKLATERS LLP**
601 Thirteenth Street, NW
Suite 400S
Washington, DC 20005
Tel: (202) 654-9200
Fax: (202) 654-9210
adam.lurie@linklaters.com

Michael Pilcher
**LINKLATERS LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 903-9000
Fax: (212) 903-9100
michael.pilcher@linklaters.com

*Counsel for Defendant Michael Perfetto*

*/s/ Jeremy A. Rist*
Jeremy A. Rist
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5361
Fax: (215) 832-5361
Email: jeremy.rist@blankrome.com

*Counsel for Defendant Jubilant Cadista Pharmaceuticals, Inc.*

*/s/ Bradley Love*
Bradley Love
Neal Brackett
Mary Catherine Pachciarz
**Barnes & Thornburg LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: Bradley.Love@btlaw.com
Neal.Brackett@btlaw.com
Marycate.Pachciarz@btlaw.com

*Counsel for Defendant Nisha Patel*

*/s/ Jeffrey A. Brown*
Jeffrey A. Brown
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3511
Fax: (212) 698-3599
jeffrey.brown@dechert.com

Stormie B. Mauck
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax (215) 994-2222
Stormie.mauck@dechert.com

*Attorneys for Defendant David Rekenthaler*

*/s/ Larry H. Krantz*
Larry H. Krantz
Jerrold L. Steigman
**KRANTZ & BERMAN LLP**
747 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 661-0009
lkrantz@krantzberman.com
jsteigman@krantzberman.com

*Counsel for Defendant James Brown*

*/s/ Guy Petrillo*
Guy Petrillo
Christina Karam
**PETRILLO KLEIN + BOXER LLP**
655 Third Avenue, 12th Floor
New York, New York 10017
Tel: (212) 370-0330
gpetrillo@pkbllp.com
ckaram@pkbllp.com

*Counsel for Defendant Douglas Boothe*

*/s/ Robert J. Cleary*
Robert J. Cleary
Amy N. Vegari
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Email: rcleary@pbwt.com
Email: avegari@pbwt.com

*Counsel for Defendant Rajiv Malik*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing and cause the document to be available for viewing and downloading from the ECF system.

*/s/ Robin D. Adelstein*
Robin D. Adelstein